

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

'06 SEP 20 P1 :24

517 East Wisconsin Avenue  414 / 297-1700
Milwaukee, WI 53202

September 20, 2006

Sofron B. Nedilsky
Clerk of Courts
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 362
Milwaukee, WI 53202

    Re:   *United States v. Michael J. Hays*
           Case No. 06-CR-174

Dear Mr. Nedilsky:

    On August 15, 2006, a plea agreement for case number 06-CR-174 was filed with incorrect case number 06-CR-171 written on the first page. However, the plea agreement was entered on the correct docket of 06-CR-174. Enclosed is the first page of the plea agreement with the correct case number, 06-CR-174, to replace the first page of the filed plea agreement.

    Thank you for your attention of this matter.

                             Very truly yours,

                             STEVEN M. BISKUPIC
                             United States Attorney

                By:

                             STEPHEN A. INGRAHAM
                             Assistant United States Attorney

Enclosure

cc:    Robert J. Lerner