UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 06-CR-174

MICHAEL J. HAYS,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of a plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Bill of Information, defendant Michael J. Hays agrees to the forfeiture of his interest in property named in the forfeiture provision of the Bill of Information filed in the Western District of North Carolina on April 27, 2006;

IT IS HEREBY ORDERED that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 17, United States Code, Sections 506(b) and 509:

1. One Dell laptop 62TC401;
2. One Generic Computer; and
3. Multiple hard drives, CD Roms, DVDs, floppy disks and tapes containing infringing digital material.

IT IS FURTHER ORDERED that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this __20th__ day of October, 2006.

BY THE COURT:

_s/ J. P. Stadtmueller_
J. P. STADTMUELLER
UNITED STATES DISTRICT JUDGE