MILWAUKEE
JOURNAL SENTINEL
jsonline.com
OPEN YOUR WORLD

*2007 FEB -5 AM 10: 19*

*RECEIVED
U.S. ATTORNEY
E.D. WISCONSIN*

AFFIDAVIT OF PUBLICATION

0002646275

U.S. Dept of Justice
517 East Wisconsin Avenue
Room 530
Cheryl Gross
Milwaukee, WI    53202

Patti Guerrero hereby states that she is authorized by Journal Sentinel Inc. to certify on behalf of Journal Sentinel Inc., publisher of the Milwaukee Journal Sentinel and The Sunday Journal Sentinel, public newspapers of general circulation, printed and published in the city and county of Milwaukee; published in the Sunday Edition of the Milwaukee Journal Sentinel on **1/28/2007**; that the Milwaukee Journal Sentinel and The Sunday Journal Sentinel are newspapers printed in the English language and that said printed copy was taken from said printed newspaper(s).

_____
Patti Guerrero

**NOTICE OF FORFEITURE**
Notice is hereby given that on October 20, 2006, in the case of United States v. Michael Hayes, Criminal No. 06-CR-174, the United States District Court for the Eastern District of Wisconsin entered Orders condemning and forfeiting the interests of Michael Hayes in the following property:
1. One Dell laptop 62TC401
2. One Generic Computer; and
3. Multiple hard drives, CD Roms, DVDs, floppy disks and tapes containing infringing digital material.
The foregoing Order having been entered on October 20, 2006, the United States hereby gives notice of its intention to dispose of the property in such a manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition with the court within thirty (30) days of the final publication of this notice. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the times and circumstances of the petitioner's acquisition of right, title or interest in the property, and any additional facts supporting the petitioner's claim, and the relief sought. A copy of the petition shall be served upon the United States Attorney, 530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202. This is not a notice of sale.

State of Wisconsin )
                   ) SS:
County of Milwaukee)

Subscribed and sworn before me this ___29___ day of ___Jan___, 2007.

_____Kent B Hein_____

Notary Public State of Wisconsin
My Commission Expires __2-21-10__