4-15-09

To: The Honorable J.P. Stadtmueller
   Judge, United States District Court
   Milwaukee Division
   Room 471

From: Michael Hays
   4594 Whimbrel Pl
   Winter Park, Fl 32792
   Docket #06-CR-0174



U.S. DIST. COURT EAST DIST. WISC
FILED
APR 23 2009
AT _____ O'CLOCK _____ M
JON W. SANFILIPPO, CLERK

Your Honor;

First off, I would like to say that I take full responsibility for my actions and have no one to blame but myself. If there has been a silver lining in this cloud it would be that at every level I have been treated with respect and a sense of understanding from my Probation Officers to the FBI agents that first walked through my front door and for this I am grateful.

In early 2007 Your Honor, you convicted me and sentenced me to 90 days in prison, 2 years supervised probation, and a $2,500.00 fine. I successfully served my sentence at Oxford and was released in October of '07. I have just paid my fine off and now owe nothing. What remains is the rest of my probation which this letter is about. I am asking the court, I am asking you Your Honor to be released from my probation which is supposed to end this October. You may ask why with such a short time left. Let me explain; when I was released from prison I was released to Florida where my wife had moved to with my 4 young children ages 5,10,11, and 14. Since my release the economy in Florida has taken a turn for the worse not to mention we have no family here. My wife would like to move back to Kansas where we have family and the support structure that we need to make it through these challenging times. I have been told that if I request a transfer with such little time left that it would be challenging. We would, possibly, like to move or at least have that option when our children are out of school in mid June. Otherwise we are faced with starting them in a new school year here and then pulling them out in mid-stream to make a move. I would like to put all of this behind me Your Honor and have the flexibility to make that move should we need it.

I consider myself to have been a model prisoner, I didn't get into any trouble. I have paid my fine off early, and have complied with everything that my Probation Officer Mona Shah has asked me to do. I have also asked her about initiating the early termination of my probation and she has apprised me that again, by time she could do anything on her end that my probation would almost be over. She has also told me that the most expeditious way is to write you a letter and that is what I am doing because ultimately that decision rests with you Your Honor and I will respect any decision you make.

My probations officer is:

Mona Shah
United States Probation Officer
407-835-5851

Thank you for your time and consideration.

Sincerely,

Michael Hays